Eastern District of Kentucky
F I L E D

MAY 2 8 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**

**V.**                                        INDICTMENT NO. _6:26-cr-074-REW_
                                              **18 U.S.C. § 922(g)(1)**

**STANLEY DUTY**

\*    \*    \*    \*    \*

**THE GRAND JURY CHARGES:**

On or about May 20, 2025, in Pike County, in the Eastern District of Kentucky,

**STANLEY DUTY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, namely: a Ruger, Model P95DC, 9mm caliber pistol with serial number 314-34462; Bryco Arms, Model T380, .380 caliber pistol bearing serial number 1424223; a Taurus, Model PT22, .22 caliber pistol bearing serial number AYE37273; and a Savage, Model Rascal, .22 caliber rifle with serial number 355415, and the firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

### FORFEITURE ALLEGATIONS
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1.    Based on the offense charged in the Indictment, **STANLEY DUTY** shall forfeit to the United States any and all firearms and ammunition involved in or used, or

intending to be used, in the violation(s) of 18 U.S.C. § 922. Any and all interest that **STANLEY DUTY** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2.     The property to be forfeited includes, but is not limited to, the following which were seized from **STANLEY DUTY** on or about May 20, 2025:

### FIREARMS:

a. A Ruger, Model P95DC, 9mm caliber pistol bearing serial number 314-34462;
b. A Bryco Arms, Model T380, .380 caliber pistol bearing serial number 1424223;
c. A Taurus, Model PT22, .22 caliber pistol bearing serial number AYE37273;
d. A Savage, Model Rascal, .22 caliber rifle bearing serial number 355415; and
e. All associated ammunition and accessories.

4.     If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**



JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

KELLY K. RIDINGS
ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 15 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Forfeiture of listed items.